# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREA SESSOMS, | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| | : | NO. 18-5450 |
| v. | : | |
| | : | |
| ANDREW M. SAUL, | : | |
| Commissioner of Social Security, | : | |
| *Defendant*. | : | |

## ORDER

AND NOW, this 25th day of August, 2020, upon consideration of the parties' submissions, and after careful and independent review of the Report and Recommendation of United States Magistrate Judge Richard A. Lloret (ECF No. 35), to which no objections have been filed, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. Plaintiff's Request for Review (ECF No. 16) is GRANTED, and the matter is REMANDED in accordance with the fourth sentence of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further proceedings consistent with the Report and Recommendation.

3. JUDGMENT IS ENTERED by separate document, filed contemporaneously herewith. *See Shalala v. Schaefer*, 509 U.S. 292, 303 (1993); *Kadelski v. Sullivan*, 30 F.3d 399, 402 (3d Cir. 1994); Fed. R. Civ. P. 58(a).

4. The Clerk of Court is directed to CLOSE this case.

BY THE COURT:

/s/ C. Darnell Jones, II
C. Darnell Jones, II    J.